# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

INTEGON NATIONAL INSURANCE COMPANY,

|  |  |
|---|---|
| Plaintiff, | Case No. 2:20-cv-10687-GCS-RSW |
| v. | Hon. George Caram Steeh |

52 SOLUTIONS LLC and
JAMES BERNS, an individual,

    Defendants.

_____

ADAM K. GORDON (P45106)
SAMANTHA N. BOYD (P80064)
CANDICE J. COSBY (P83403)
VANDEVEER GARZIA, P.C.
Attorneys for Plaintiff
840 W. Long Lake Road
Suite 600
Troy, MI 48098
248-312-2800/248-879-0042 (fax)
adamgordon@vgpclaw.com
sboyd@vgpclaw.com
ccosby@vgpclaw.com

BRIAN R. MEYER (P66599)
NOVARA TESIJA &
CANTENACCI, PLLC
Attorneys for Defendant Berns
888 W. Big Beaver, Suite 600
Troy, MI 48084
248-354-0380/248-250-9927 (fax)
brm@ntclaw.com

LINDA DAVIS FRIEDLAND
(P62400)
CUMMINGS, McCLOREY,
DAVIS & ACHO, P.L.C.
Attorneys for Defendant 52
Solutions, LLC
17436 College Parkway
Livonia, MI 48152
734-261-2400/248-261-4510 (fax)
lfriedland@cmda-law.com

_____

## STIPULATED ORDER FOR VOLUNTARY DISMISSAL

This matter, having come before this Honorable Court upon the stipulation of the parties, and the Court otherwise being fully informed in the premises;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective counsel, that the above-entitled cause of action be dismissed with prejudice and without costs or attorneys' fees to be paid by any party.

**IT IS SO ORDERED.**

***This is a final Order and does close this case.***

Dated:  January 19, 2022                    s/George Caram Steeh
                                                          GEORGE CARAM STEEH
                                                          United States District Judge

I/we hereby stipulate to the above Order:

/s/ Samantha N. Boyd_____            /s/Linda D. Friedland (w/consent)___
ADAM K. GORDON (P45106)              LINDA DAVIS FRIEDLAND
SAMANTHA N. BOYD (P80064)         (P62400)
CANDICE J. COSBY (P83403)            CUMMINGS, McCLOREY, DAVIS
VANDEVEER GARZIA, P.C.                 & ACHO, P.L.C.
Attorneys for Plaintiff                        Attorneys for Defendant 52
840 W. Long Lake Road                     Solutions, LLC
Suite 600                                           17436 College Parkway
Troy, MI 48098                                   Livonia, MI 48152

/s/ Brian R. Meyer (w/consent)_
BRIAN R. MEYER (P66599)
NOVARA TESIJA &
CANTENACCI, PLLC
Attorneys for Defendant Berns

2

888 W. Big Beaver, Suite 600
Troy, MI 48084
248-354-0380/248-250-9927 (fax)
brm@ntclaw.com

VANDEVEER GARZIA P. C.